# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

PAVEL A.V.,

    Petitioner,

    v.

WARDEN, Imperial Regional Detention Center; CURRENT OR ACTING FIELD OFFICE DIRECTOR, Enforcement and Removal Operations, Immigration and Customs Enforcement; CURRENT OR ACTING DIRECTOR, Immigration and Customs Enforcement; CURRENT OR ACTING SECRETARY, Department of Homeland Security; CURRENT OR ACTING ATTORNEY GENERAL, Department of Justice;

    Respondents.

Case No.: 3:26-cv-01495-BTM-BLM

**ORDER FOR SUPPLEMENTAL BRIEFING**

//

//

//

26-cv-1495

In his petition for a writ of habeas corpus, Pavel A.V. challenges his "continued detention after an immigration judge denied bond on dangerousness grounds." (ECF No. 6 ("Traverse"), at 1; *see* ECF No. 1, at 7.)

The Respondents state that the Petitioner is lawfully detained under 8 U.S.C. § 1226(a) and was given a bond hearing under that statute. (ECF No. 5, at 3.) They argue that his claim is jurisdictionally barred from this Court. (*Id.* at 3–7.) They also contend that, alternatively, the Petitioner has failed to exhaust his administrative remedy of appealing to the Board of Immigration Appeals. (*Id.* at 7–9.) The Petitioner disputes that the Court lacks jurisdiction over his claim and that exhaustion is required. (Traverse, 1–2.) Neither party, however, presents an argument on the merits of whether the Petitioner's bond hearing was improperly conducted. The Petitioner merely states that the Court may review the Board of Immigration Appeal's "'dangerousness' determination . . . for abuse of discretion." (Traverse, 1 (quoting *Martinez v. Clark*, 124 F.4th 775, 779 (9th Cir. 2024)).)

Accordingly, the Court **ORDERS** supplemental briefing from the parties. The parties must address:

(1) whether the immigration judge properly denied bond to the Petitioner; and

(2) whether this Court's standard of review over an immigration court's decision in a bond hearing is abuse of discretion.

The Petitioner's supplemental brief must be filed no later than 5 p.m. on April 27, 2026. The Respondents' supplemental brief in response must be filed no later than 5 p.m. on May 4, 2026.

**IT IS SO ORDERED.**

Dated:  April 16, 2026

Honorable Barry Ted Moskowitz
United States District Judge

26-cv-1495