# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

PAVEL A.V.,

     Petitioner,

     v.

WARDEN, Imperial Regional Detention Center, et al.;

     Respondents.

Case No.:  3:26-cv-01495-BTM-BLM

**ORDER DISMISSING WITHOUT PREJUDICE PETITION FOR WRIT OF HABEAS CORPUS**

//

//

//

26-cv-1495

The Court held a status hearing on July 23, 2026, for the parties to address the Petitioner's arrest record and whether he was charged after his arrests. An Immigration Judge's decision that a noncitizen would be a danger if released on bond, based in any part upon arrests that were not charged by the prosecutor or were charged but remain unadjudicated, violates the presumption of innocence and constitutes an abuse of discretion. *See Martinez v. Clark*, 124 F.4th 775, 784 (9th Cir. 2024). While an Immigration Judge can consider the underlying police report, subject to rebuttal by the noncitizen, the Immigration Judge cannot conclude that the noncitizen is a danger based in part on arrests that were not ultimately charged by the prosecutor and an arrest that was charged but remains unadjudicated, as happened here. Ordinarily, the Court would grant relief and order a new hearing before a different Immigration Judge.

However, the Court finds that the Petitioner has failed to exhaust the administrative remedy of a redetermination of his bond before another immigration judge. *See* 8 C.F.R. § 1236.1(d) ("Apprehension, custody, and detention."); *id.* § 1003.19 ("Custody/bond."); *id.* § 1003.23 ("Reopening or reconsideration before the immigration court."). The Court need not determine whether exhausting the remedy of appealing to the Board of Immigration Appeals is to be excused as time-consuming and futile.

For these reasons, the petition for the writ of habeas corpus is **DISMISSED** without prejudice. Any refiling by the Petitioner shall be a related case to be considered by the undersigned. *See* CivLR 40.1(e)(5) (Low Number Rule, Criteria: "[A] case that is refiled within one year of having previously been terminated by the Court . . . ."). Counsel shall be automatically appointed for a subsequent petition.

**IT IS SO ORDERED.**

Dated: July 27, 2026

Honorable Barry Ted Moskowitz
United States District Judge

26-cv-1495